**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name CASTRO          GEORGE         L
     (Last)          (First)        (Initial)

Prisoner Number (STATE) P-71947 / (S.F. COUNTY JAIL) 2370904    (PR)

Institutional Address 850 BRYANT ST., FL.(7), S.F. 94103

================================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

GEORGE CASTRO
(Enter the full name of plaintiff in this action.)

CV 08 3569

vs.

Case No. _____
(To be provided by the Clerk of Court)

CALIFORNIA STATE DIVISION
OF PAROLE : P.O IBAY ;
SUPERVISOR WONG (OFFICE:)
1727 MISSION ST. S.F., C.A. 94103
(Enter the full name of the defendant(s) in this action)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement  SAN FRANCISCO COUNTY JAIL

   B.   Is there a grievance procedure in this institution?

         YES (X)    NO ( )

   C.   Did you present the facts in your complaint for review through the grievance procedure?

         YES ( )    NO (X)

   D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                              - 1 -

1          1. Informal appeal _____

2          _____

3          _____

4          2. First formal level_____

5          _____

6          _____

7          3. Second formal level_____

8          _____

9          _____

10          4. Third formal level _____

11          _____

12          _____

13     E.     Is the last level to which you appealed the highest level of appeal available to

14          you?

15              YES ( )    NO ( )

16     F.     If you did not present your claim for review through the grievance procedure,

17 explain why. BECAUSE WHEN I WAS RETURNED (EXTRADITED) TO CALIFO-

18 -RNIA. DEPUTY COMMISHIONER BRUCESSHCELLORI AT SAN QUENTIN SAID A

19 MISTAKE HAS BEEN MADE. ALSO P.O. KELLY AGREED WITH (D.C) ASSESMENT. ALSO

20 II.     Parties.    I'M FILING AGAINST THE STATE AND I'M HOUSED IN CITY CNTY JAIL

21     A.     Write your name and your present address. Do the same for additional plaintiffs,

22          if any.

23          GEORGE CASTRO # 2370904

24          850 BRYANT ST. (7TH FL)

25          S.F., C.A. 94103

26     B.     Write the full name of each defendant, his or her official position, and his or her

27          place of employment.

28

COMPLAINT          - 2 -

1  MAIN DEFENDENT IS CALIFORNIA STATE DIVISION OF PAROLE (OFFICE) 1727 MISSION
2  ST. S.F, CA 94103 ___ STATE OF CALIFORNIA ___ P.O. IBAY (LOCATED AT SAME
3  ADRESS) ___ P.O. SUPERVISOR WONG (LOCATED AT SAME ADDRESS)
4
5  III.    Statement of Claim.
6      State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  ON JUNE 2007 WAS PICKED UP AT PELICAN BAY STATE PRISON BY STATE
11  OF NEW YORK WARRENTS DIVISION FOR PAROLE VIOLATION. WHILE INCARCERATED IN RIKERS ISLAND (N.Y)
12  CNTY JAIL I RECIEVED (90) DAY VIOLATION. AFTER MY RELEASE I WAS PLACED
13  UNDER JURISDICTION OF NEW YORK PAROLE. I WAS COMPLYING WITH ALL MY
14  CONDITIONS AND REPORTING EVERY WEEK. I AQUIRED A PLACE OF MY OWN,
15  REUNITED WITH MY FAMILY, AND WAS HIRED BY CITY STORAGE. ON MARCH
16  27 '08 WARRANTS DIVISION WAS ARRESTED FOR ABSCONDING WHICH IS FALSE
17  ARREST. DETAINED IN RIKERS ISLAND UNTIL APRIL 24 '2008. THEN EXTRADITED
18  TO TRACY STATE PRISON, THEN SAN QUENTIN STATE PRISON WHICH IS ALSO FALSE
19  IMPRISONMENT. THEN THE BOARD OF PRISON TERMS CALLED IT A MISTAKE I WAS RELEASED
20  IN S.F. WITH NO CLOTHES, $40.00, NO FAMILY, NO PLACE TO LIVE, SLEPT ON STREET
21  I'VE LOST EVERYTHING. AND I WAS CARELESSLY AND IMPROPERLY MONITORED
22  BY CALIFORNIA STATE DIVISION OF PAROLE.
23  IV.    Relief.
24      Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  ONE) TRANSFERRED TO N.Y DIVISION OF PAROLE ___ TWO) MONETARY COMPENSATION FOR
27  FALSE ARREST AND FALSE IMPRISONMENT ___ THREE) COMPENSATION FOR CARELESS AND
28  NEGLIGENT MONITORING OF PAROLEE ___ FOUR) REIMBURSEMENT FOR LEGAL EXPENSES
    AND HOUSING EXPENSES.

COMPLAINT                                  - 3 -

1  AND HOUSING EXPENSES WHILE IN SAN FRANCISCO. (FIVE) PAIN AND SUFFERING
2  WHILE INCARCERATED (MONETARY COMPENSATION).

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___20___ day of ___JULY___, 20_08_

_____
(Plaintiff's signature)

GEORGE CASTRO
22370804 7TH FL.
450 BRYANT ST.
S.F. CA. 94103

CLERK OF THE UNITED STATES
DISTRICT COURT FOR
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
BOX 36060
S.F., C.A., 94102

RECEIVED
JUL 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

**RECEIVED**

JUL 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

© USPS 2008