Case 3:08-cv-03569-MHP   Document 2   Filed 07/25/2008   Page 1 of 4

FILED
08 JUL 25 PM 12:09
RICHARD W. WIEKING
U.S. DISTRICT COURT
[ILLEGIBLE] CALIFORNIA

(PR)

MHP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08  3569

| | |
|---|---|
| GEORGE CASTRO    Plaintiff, | CASE NO. _____ |
| vs. | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| CALIFORNIA DIVISION OF PAROLE; P.O. IBAY; SUPRVISOR WONG;  Defendant. | |

I, George Castro, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A._____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  <u>LAST PLACE OF EMPLOYMENT WAS A.B.C. MAINTENANCE IN 1996</u>
5  <u>$800.00 A MONTH, ONLY WORKED TWO MONTHS</u>
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.   Business, Profession or                     Yes ___ No ✓
10       self employment
11  b.   Income from stocks, bonds,                  Yes ___ No ✓
12       or royalties?
13  c.   Rent payments?                              Yes ___ No ✓
14  d.   Pensions, annuities, or                     Yes ___ No ✓
15       life insurance payments?
16  e.   Federal or State welfare payments,          Yes ___ No ✓
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                            Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5      NONE
6
7  5.    Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.    Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No ✓ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20
21 8.    What are your monthly expenses? INCARCERATED
22 Rent: $ __N/A__ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 _____ $_____ $_____
27 _____ $_____ $_____
28 _____ $_____ $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 3 -

```
 1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
 2       whom they are payable. Do not include account numbers.)
```

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7·20·08                         [signature]
DATE                            SIGNATURE OF APPLICANT