FILED
08 AUG 18 PM 3:00
[illegible] W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE CASTRO   Plaintiff, | CASE NO. C08-3569 MHP (PR) |
| vs. | |
| CALIFORNIA DIVISION OF PAROLE; P.O. IBAY; SUPERVISOR WONG; MISSION OFFICE   Defendant. | **PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

I, GEORGE CASTRO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ___ No _X_

    b. Income from stocks, bonds, or royalties?     Yes ___ No _X_

    c. Rent payments?     Yes ___ No _X_

    d. Pensions, annuities, or life insurance payments?     Yes ___ No _X_

    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?     Yes ___ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a. List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5     _____
6     _____
7  5.    Do you own or are you buying a home?    Yes ___ No ✗
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No ✗
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ___ No ✗ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✗ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✗
20 _____
21 8.    What are your monthly expenses? *INCARCERATED.*
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account     Monthly Payment     Total Owed on This Acct.
26 _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NONE

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7.31.08

DATE                                          SIGNATURE OF APPLICANT

1
2                                          Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                              **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _GEORGE CASTRO_ for the last six months
14 at
15                                      [prisoner name]
16 _SAN FRANCISCO COUNTY JAIL_ where (s)he is confined.
17         [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the
19 most recent 6-month period were $ _$9.19_ and the average balance in the prisoner's
20 account each month for the most recent 6-month period was $ _5.87_ .
21
22 Dated: _8/14/08_                       _Lt. ___ #1091_
23                                         [Authorized officer of the institution]
24
25
26
27
28

-5-

Date : 08/14/2008  
**Account Activity Ledger**  
Time : 10:07  
From : 06/04/2008   To : 08/14/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 2370904 | **Name** CASTRO, GEORGE | | | **Block** 2M D 15 | | | **Previous Balance** | | 0.00 |
| Initial Entry | 06/04/2008 | 20:30 | B#293261 | 849422 | D | | 20.67 | | 20.67 |
| Sales Transaction | 06/11/2008 | 04:30 | I#313176 | | I | 4.89 | | | 15.78 |
| Sales Transaction | 06/18/2008 | 04:11 | I#314365 | | I | 6.70 | | | 9.08 |
| Sales Transaction | 06/25/2008 | 05:19 | I#315771 | | I | 8.45 | | | 0.63 |

|  |  |  |  |  |
|---|---|---|---|---|
| **Deposits** | 1 | For $ | 20.67 | |
| **Withdraws** | 0 | For $ | 0.00 | |
| **Invoices** | 3 | For $ | 20.04 | |

Page : 1

George Castro
P370804
850 Bryant St.
SF. C.A. 94103

Clerks Office of U.S. District Court
For The Northern District of California
450 Golden Gate Ave.
S.F., C.A. 94102