C08-3569 MHP

RECEIVED 8·11·08

AUG 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To Whom It May Concern,

I've made several attempts to have the "Trust Account Statement" and the "Certificate of Funds" form filled out by the Trust Account Office. However I have yet to receive a response or any type of cooperation from them. I have enclosed the "Action Request" copy as well as a Grievance Form seeking relief in this matter. I would like to have an extension because my filing deadline is 8·25·08. Thank you for your time and assistance in this matter.

Respectfully

[signature]

# San Francisco Sheriff's Department / Departamento del Alguacil de San Francisco
## PRISONER ACTION REQUEST / PETICION PARA PEDIR AYUDA

**Instructions:** If you have a particular need or request that can be taken care of by the staff of this jail, please fill out this form and give it to your housing deputy. Keep the pink copy.

**Instrucciones:** Si necesita algo que le puedan conceder los empleados de la carcel, por favor llene esta forma y entregela al carcelero. Quedarse con la copia rosa.

Dep. how #1830

| | | |
|---|---|---|
| **Name:** George Castro | **Today's Date:** 7·31·08 | **Date of Arrest:** 6·4·08 |
| **Nombre:** | **Fecha de hoy:** | **Fecha de arresto:** |
| **Location:** CJ2 C.Buck H IS | **Wristband #:** 237090 4 | **Sentenced?** ☐ Yes / Si |
| **Localidad:** Jail #/ Cell #/ | **# de pulcera:** | **¿Sentenciado?** ☒ No / No |
| # de carcel  # de celda | | |

**Subject (check one): / Classe de Asunto (Indique uno):**

☐ Legal Assistance / Asistencia legal  
☐ Mail Problem / Problema de correo  
☐ Medical Problem / Problema de medico  
☒ Money Problem / Problema de dinero  
☒ Other / Otra clase de problema

**Commissary Problem: / Problema de comisario:**

☐ Balance Incorrect / El balance es incorrecto  
☐ Credit not received / No ha recibido credito  
☐ Order Incorrect / La orden esta incorrecta  
☐ Other / Otra Cosa

**Describe Request / Escriba su peticion:** NEED Trust Account Statement Filled out for Last (6) Months (copy). Also need attached form filled out. Thank you for your time and assistance.

**Response by Staff / Respuesta de empleado:** _____

**Staff Signature / Firma de empleado:** _____   **Date/Fecha:** _____

White/Blanca: Front Office/Oficina.   Yellow/Amarilla: Front Office Response/Respuesta de Oficina.   Pink/Rosa: Prisoner/Prisionero

SFSD PAR F-06  Revised 04/2005

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
(Place an X in the corresponding category)

| | |
|---|---|
| ___ Classification | ___ Jail Medical Services |
| ___ Psych Services | ___ Food Services |
| ___ Telephone | ✓ Other |

**Date / Time:** [illegible]
**Facility:** CJ2
**Deputy / Star#** TUMAMAR # 1885
**Code:**
**Log Number:**

**Prisoner's Name:** GEORGE CASTRO   **Jail #** 2370901   **Cell #** D·Buck / #13

**Grievance** (Please be specific: time, date, etc.)

ON 7·31·08 I SUBMITTED "A PRISONER ACTION REQUEST" TO TRUST ACCOUNT OFFICE REQUE-STING "A TRUST ACCOUNT STATEMENT" FOR THE LAST SIX MONTHS. ALSO ACCOMPANYING THE REQUEST WAS A "FORMA PAUPERIS" FORM TO BE COMPLETED BY TRUST ACCOUNT OFFICE. MY DEADLINE IS 8·25·08 FOR FILING. I WOULD LIKE TO HAVE THE FORM COMPLETED AND RETURNED. BEING THIS IS LEGAL DOCUMENT CONCERNING A CLAIM AGAINST THE STATE. THANK YOU FOR YOUR TIME AND CONSIDERATION IN THIS MATTER.

RESPECTFULLY SUBMITTED

**Prisoner's Signature** _[signature]_

Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature**

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**




**Signature:**   **Date:**
**Prisoner's Signature:**   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:**




**Signature:**   **Date:**
**Prisoner's Signature:**   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Facility Commander response:**




**Signature:**   **Date:**   ☐ Upheld Grievance Response

Orginal (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

George Castro
#3707048 D.13
850 Bryant. St.
S.F. CA. 94103

San Francisco CA 941
12 AUG 2008 PM 7 L

Clerk of The United States District
Court For Northern District of California
450 Golden Gate Ave., Box 36060
San Francisco, C.A. 94102